United States Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JEFFREY T. IWINSKI, | ) | |
| | ) | CIVIL NO.  C07-5521RBL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR EXTENSION OF TIME TO |
| MICHAEL J. ASTRUE, | ) | FILE PLAINTIFF'S OPENING BRIEF |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby,

ORDERED that Plaintiff's opening Brief shall be filed on or before January 18, 2008, Defendant's Answering Brief shall be filed on or before February 18, 2008, and Plaintiff's Reply Brief shall be filed on or before March 9, 2008.

DATED this 15th day of January, 2008.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

---

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF- [C07-5521RBL] - 1

Halpern & Oliver, PLLC
1800 Cooper Point Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1 | Presented by:

3 | S/Elie Halpern, WSBA #1519
Elie Halpern, WSBA #1519
4 | Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF- [C07-5521RBL] - 2

Halpern & Oliver, PLLC
1800 Cooper Point Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055