UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY T. IWINSKI,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　Defendant | Civil No. C07-5521RBL<br><br><br>ORDER FOR EXTENSION |

Based on the Stipulation between the parties, it is hereby ORDERED that Defendant's request for an Extension is granted and the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 10, 2008, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including March 31, 2008, to file an optional reply brief.

DATED this 29th day of February, 2008.

　　　　　　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*

Page 1　　ORDER- [3:07-cv-5521-RBL-JKA]

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:      206-615-2531
carol.a.hoch@ssa.gov