UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY T. IWINSKI,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C07-05521RBL<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case, including the reopening of Plaintiff's subsequent application, be reversed and remanded for further administrative proceedings by a different Administrative Law Judge (ALJ). On remand, the ALJ will evaluate, upon notice and an opportunity to be heard, whether good cause exists for reopening the favorable determination on Plaintiff's subsequent application. If the ALJ decides not to reopen or does not provide good cause to reopen the subsequent determination, that favorable determination shall continue to remain final, and the period at issue before the ALJ will be limited to the period prior to the onset date established by the subsequent favorable

Page 1        ORDER- [3:07-CV-05521-RBL-JKA]

determination.  The ALJ will also evaluate Plaintiff's mental impairments in accordance with the regulations; evaluate all opinions and all impairments; and obtain further vocational expert testimony.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 17th day of March, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:      206-615-2531
carol.a.hoch@ssa.gov

Page 2      ORDER- [3:07-CV-05521-RBL-JKA]