# United States District Court

WESTERN DISTRICT OF WASHINGTON

JEFFREY T. IWINSKI

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5521RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the above captioned case, including the reopening of Plaintiff's subsequent application, re reversed and remanded for further administrative proceedings by a different Administrative Law Judge (ALJ), pursuant to sentence four of 42 U.S.C. §405(g). Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of [**DATE OF ORDER**]. Plaintiff is entitled to reasonable attorneys fees and cost, pursuant to 28 U.S.C. §2412(d), upon proper request to this Court.

   March 18, 2008
Date

   BRUCE RIFKIN
Clerk

   *s/Caroline M. Gonzalez*
Deputy Clerk