United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY T. IWINSKI, | ) |
| Plaintiff, | ) CIVIL NO. C07-5521RBL |
| vs. | ) ORDER FOR ATTORNEY'S FEES PURSUANT TO |
| | ) 42 U.S.C. § 406(b) |
| MICHAEL ASTRUE, | ) |
| Commissioner of Social Security, | ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant to 42 U.S.C. § 406(b) [Dkt. #22]. Having considered the entirety of the records and file herein, the Court finds and rules as follows: It is hereby

ORDERED that Plaintiff's attorney Elie Halpern is awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $8,853.00, minus any processing fees allowed by statute and it is further,

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [C07-5521RBL] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

ORDERED that Plaintiff's attorney refund $3,878.52 to Plaintiff, the sum received as attorney's fees under the Equal Access to Justice Act, which represents the total of the smaller fee to the claimant. Pub. L. No. 99-80, §3 99 Stat. 183, 186 (1985); *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).

DATED this 23rd day of December, 2008.

/s/ Ronald B. Leighton

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [C07-5521RBL] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055