United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY T. IWINSKI, | ) |
|               Plaintiff, | ) CIVIL NO. C07-5521RBL |
| vs. | ) AMENDED ORDER FOR ATTORNEY'S |
| | ) FEES PURSUANT TO 42 U.S.C. § 406(b) |
| MICHAEL ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Amended Motion For Attorneys Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Elie Halpern is awarded an amended gross attorney's fee of $15,504.50 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $3878.52 that previously were awarded, leaving an amended net fee of $11,725.98, Plaintiff having already received § 406(b) fees of $4974.48.. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net

AMENDED ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b) [C07-5521RBL] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

balance of $11,625.98, minus the $4974.48 already received in § 406(b) fees, and minus any applicable processing fees as allowed by statute.

DATED this 29th day of April, 2009.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/ELIE HALPERN _____
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

AMENDED ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b) [C07-5521RBL] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055